# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RORRER et al. | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| v. | : | No. 08-00671 |
| | : | |
| CLEVELAND STEEL CONTAINER et al. | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 28th day of April, 2010, upon consideration of Defendant Cleveland Steel's Motion for Summary Judgment (doc. no. 95), Defendant Richard Gilbert's Motion for Partial Summary Judgement (doc. no. 93), Plaintiffs' responses in opposition, and for the reasons set forth in the accompanying Opinion, it is hereby **ORDERED** that:

• Summary judgement is **GRANTED** as to Plaintiffs' claims of intentional infliction of emotional distress, and negligent employment against Defendant Cleveland Steel.

• Summary judgement is **DENIED** as to Plaintiffs' claims of sexual discrimination under Title VII, 42 U.S.C. § 2000 *et seq*. (hostile work environment) and loss of consortium against Defendant Cleveland Steel.

• Defendant Richard Gilbert's Motion for Partial Summary Judgement is **GRANTED** in its entirety.

                                                    **BY THE COURT:**

                                                    /s/ Mitchell S. Goldberg

                                                    _____

                                                    **Mitchell S. Goldberg, J.**