# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RORRER, et al. | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | No. 08-0671 |
| CLEVELAND STEEL CONTAINER CORP., et al. | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 20th day of September, 2010, it is hereby **ORDERED** that Plaintiff's counsel, Martha Sperling Esq., shall pay $2,700.00 in sanctions to Cleveland Steel within 14 days of this Order.

It is further **ORDERED** that Defendant's "Motion for Leave to File a Reply to Plaintiff's Opposition to Cleveland Steel's Statement of Fees" (doc. no. 232) is **DENIED** as **MOOT.**

**BY THE COURT:**

**/s/ Mitchell S. Goldberg**
_____
**Mitchell S. Goldberg, J.**