IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LUCY RORRER,** | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 08-671 |
| | : | |
| **CLEVELAND STEEL CONTAINER CORP.,** | : | |
| Defendant. | : | |

# ORDER

**AND NOW**, this 18th day of January, 2012, upon consideration of "Plaintiff's [Amended] Motion for a New Trial Pursuant to Rule 59 of the Federal Rules of Civil Procedure" (Doc. No. 246) and Defendant's response thereto, and for reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Plaintiff's motion is **DENIED**.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**MITCHELL S. GOLDBERG, J.**